Bernard L. DOWNEY, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7927.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1935.

990

Harvey H. Tisinger, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.
The judgment is affirmed.